## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| **LISA C. TYLER,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | **8:08CV496** |
| v. ) | |
| ) | **ORDER** |
| **CACV OF COLORADO, LLC, et al.,** ) | |
| ) | |
| **Defendants.** ) | |

Upon notice of settlement given to the magistrate judge on April 23, 2009 by counsel for the plaintiff,

**IT IS ORDERED that:**

1. **On or before May 26, 2009**, the parties shall electronically file a joint stipulation for dismissal (or other dispositive stipulation) and shall submit to Joseph F. Bataillon, at *bataillon@ned.uscourts.gov,* a draft order which will fully dispose of the case. If the case is being dismissed, the stipulation shall comply with Fed. R. Civ. P. 41(a) and shall state whether the dismissal is with or without prejudice.

2. Absent compliance with this order, this case (including all counterclaims and the like) may be dismissed without further notice in accordance with NECivR 68.1.

DATED this 23rd day of April, 2009.

BY THE COURT:

s/Thomas D. Thalken
United States Magistrate Judge